1  MCGREGOR W. SCOTT
United States Attorney
2  ADRIAN T. KINSELLA
Assistant United States Attorney
3  501 I Street, Suite 10-100
Sacramento, CA 95814
4  Telephone: (916) 554-2700
Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
United States of America
7

**FILED**
Dec 08, 2020
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

8                    IN THE UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANTS CONCERNING: | [PROPOSED] ORDER TO UNSEAL SEARCH WARRANTS |
| 13  120 KEMPER STREET, VALLEJO, CALIFORNIA 94589 | 2:20-SW-1072 CKD |
| 15  2000 CLAY BANK ROAD APARTMENT R7, FAIRFIELD, CALIFORNIA 94533 | 2:20-SW-1073 CKD |
| 16  A 2004 DODGE RAM, CALIFORNIA LICENSE PLATE 7N66889, VIN# 1D7HA18D44S771476 | 2:20-SW-1074 CKD |
| 18  2011 TOYOTA CAMRY, CALIFORNIA LICENSE PLATE 8MVU345, VIN# 4T1BK3EK2BU11965 | 2:20-SW-1075 CKD |
| 20  2011 TOYOTA CAMRY, CALIFORNIA LICENSE PLATE 6LEA286, VIN# 4T1BF3EK3BU125245 | 2:20-SW-1076 CKD |
| 23  THE PERSON OF MICHAEL PITRE, DOB XX/XX/1985 | 2:20-SW-1077 CKD |

25  //

26  //

27  //

28  //

[PROPOSED] ORDER TO UNSEAL SEARCH WARRANTS

## ORDER TO UNSEAL

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matters be unsealed.

Dated: December 8, 2020

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER TO UNSEAL SEARCH WARRANTS